FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 1 8 2016 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

FIONA GREENIDGE,

                      Plaintiff,

            - against -

DEPARTMENT OF THE TREASURY –
INTERNAL REVENUE SERVICE,

                      Defendant.
------------------------------------------------------------ X

**DECISION and ORDER
ADOPTING REPORT and
<u>RECOMMENDATION</u>**

15 Civ. 287 (AMD) (LB)

**ANN DONNELLY,** District Judge.

      The *pro se* plaintiff has failed to appear at three Court-ordered conferences. United States Magistrate Judge Lois Bloom issued a thorough Report recommending that the plaintiff's action be dismissed with prejudice. (ECF No. 20). As of this date, no objections have been filed to the Report and Recommendation, and the time for doing so has passed. *See* Fed. R. Civ. P. 72(b)(2) (providing for the filing of objections within fourteen days of a party being served with the recommended disposition). I thus review Judge Bloom's Report and Recommendation for clear error. *Id.*; *Mt. Hawley Ins. Co. v. Abraham Little Neck Dev. Grp., Inc.*, No. 09-cv-3463-PKC-ARL, 2015 WL 867010, at *1 (E.D.N.Y. Feb. 27, 2015). Finding none, I adopt Judge Bloom's Report and Recommendation in its entirety. The plaintiff's action is dismissed with prejudice pursuant to Rules 16(f) and 37(b)(2)(A)(v).

      **SO ORDERED.**



                                                s/Ann M. Donnelly
                                                _____
                                                Ann M. Donnelly
                                                United States District Judge

Dated: Brooklyn, New York
         March 18, 2016